USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/16/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
JOSE VELESACA, :
:
Petitioner, :
: 1:20-cv-02643 (ALC)
-against- :
: **ORDER**
DIRECTOR THOMAS DECKER, ET AL., :
:
Respondents. :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the Show Cause hearing held on April 13, 2020, Plaintiff Jose Velesaca's motion for a preliminary injunction is hereby **GRANTED.** Respondents are **ORDERED** to immediately release him from custody and are enjoined from re-detaining him during the pendency of the pandemic.

**SO ORDERED.**

**Dated:  April 16, 2020
        New York, New York**

_____
**ANDREW L. CARTER, JR.
United States District Judge**